# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>vs.<br><br>Braden R. Boice,<br>Defendant. | Report No: 13-2021-MPI055-025228-3E3<br>Criminal No.:<br>Date: 07/14/2021<br>**Information**<br>Violation: Title 18 U.S.C. § 930 |

The United States Attorney charges that:

On or about July 14, 2021, at Fort Leavenworth, Kansas, which is within the special maritime and territorial jurisdiction of the United States and the District of Kansas, Defendant,

**BRADEN R. BOICE,**

COUNT I

did, knowingly possess or cause to be present a firearm or other dangerous weapon, in a Federal facility, to wit: a Glock 27, .40 caliber pistol, a Stevens model 230, 12 gauge shotgun, an American Tactical 5.56 millimeter rifle, a hatchet, black and yellow in color, a switchblade knife, black and silver in color with a 4 ¼ inch blade, a sledgehammer, black in color, a collapsible baton, silver and black in color, a handmade scythe, black in color, a bludgeon, brown, red, and green in color, a handmade sword, black and silver in color with an 10 inch blade, and a black and yellow Marksman slingshot, on Fort Leavenworth, in violation of Title 18, United States Code Section 930. (Class A Misdemeanor)

DUSTON J. SLINKARD
United States Attorney
District of Kansas

_____
SABRINA A. ROCCO
Special Assistant United States Attorney

The court has reviewed the above information and the documentation attached thereto and finds from them that probable cause has been shown to permit the filing of the information.

Filed _____

_____
U.S. Magistrate Judge